IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-155-FDW-DCK

| | |
|---|---|
| ISABEL D'ALO, as Administrator of the Estate of James Dalo, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED OF OMAHA LIFE INSURANCE COMPANY, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Pending Mediation And For Appointment Of Mediator" (Document No. 7) filed June 17, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion, with modification. Further extensions are unlikely to be allowed.

By the instant motion, counsel for the parties report that they agree this case is likely to benefit from early mediation, and that Calvin Bennet has agreed to conduct a mediation on July 21, 2022. (Document No. 7). Based on the parties' motion, the undersigned will allow a brief stay of this action for early mediation.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Pending Mediation And For Appointment Of Mediator" (Document No. 7) is **GRANTED** with modification. The parties shall participate in a mediation with Calvin Bennett on or **before July 22, 2022**. This matter is otherwise **STAYED** through **July 29, 2022**.

**IT IS FURTHER ORDERED** that counsel for the parties shall file a Notice Of Settlement, or a Certificate of Initial Attorney's Conference pursuant to Local Rule 16.1, on or before **August 5, 2022**.

**SO ORDERED**.

Signed: June 17, 2022

David C. Keesler
United States Magistrate Judge